UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY C. MANNING, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>KENNETH GERMANOW, et al.,<br><br>Defendants. | NO. CV 13-1388-AB (AGR)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the complaint, records on file, and the Report and Recommendation of the United States Magistrate Judge. No objections to the Report have been filed. The Court accepts the findings and recommendation of the Magistrate Judge.

IT IS ORDERED that Judgment be entered dismissing the complaint with prejudice.

DATED: September 4, 2015

ANDRÉ BIROTTE JR.
United States District Judge