UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY C. MANNING, et al., <br>     Plaintiff, <br>   v. <br> KENNETH GERMANOW, et al., <br>     Defendant. | NO. CV 13-1388-AB (AGR) <br><br> JUDGMENT |

    Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

    IT IS ADJUDGED that the complaint is dismissed with prejudice.

DATED: September 4, 2015

_____
ANDRÉ BIROTTE JR.
United States District Judge